UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONIQUE OWENS,** <br><br> Plaintiff, <br><br> vs. <br><br> **DOUGLAS, CHANCELLOR, MEYERS & ASSOCIATES,** <br><br> Defendant. | Case No. 2:14-cv-05568-AB-JEM <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff, MONIQUE OWENS, and Defendant, DOUGLAS, CHANCELLOR, MEYERS & ASSOCIATES, to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: July 17, 2015

_____
UNITED STATES DISTRICT JUDGE